ASCOM HASLER MAILING SYSTEMS, INC., Plaintiff–Appellee,

v.

UNITED STATES POSTAL SERVICE, Defendant–Appellant.

Neopost, Inc., Plaintiff–Appellee,

v.

United States Postal Service, Defendant–Appellant.

Francotyp–Postalia, Inc., Plaintiff–Appellee,

v.

United States Postal Service, Defendant–Appellant.

Nos. 2007–1233 to 2007–1235.

United States Court of Appeals, Federal Circuit.

June 15, 2007.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and MAYER, Circuit Judge.

## ON MOTION

NEWMAN, Circuit Judge.

### ORDER

Upon consideration of the United States Postal Service's unopposed motions to withdraw * its appeals and to stay the briefing schedule pending disposition of the motion to withdraw,

IT IS ORDERED THAT:

(1) The motions are granted. The appeals are dismissed.

(2) All other motions are moot.

(3) All sides shall bear their own costs.

---

* USPS states that withdrawal of the appeals is without prejudice to filing appeals after the district court issues a final determination on its motions to transfer or dismiss. Based

upon the papers submitted by the parties, it appears that the district court has not yet decided, on the merits, the jurisdictional issue raised by the motion to transfer.